# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DARRYL CARTER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-0259-S-BT |
| | § | |
| DALLAS POLICE DEPARTMENT | § | |
| et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation, and supplemental findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation and supplemental findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation and Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 23, 2020.

_____
**UNITED STATES DISTRICT JUDGE**