# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DARRYL CARTER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-0259-S-BT |
| | § | |
| DALLAS POLICE DEPARTMENT | § | |
| et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that Plaintiff's First Amendment claims and his claims against the Dallas Police Department are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2), Plaintiff's Eighth and Fourteenth Amendment claims are DISMISSED without prejudice for lack of subject-matter jurisdiction, Plaintiff's motion for an *ex parte* temporary restraining order (ECF No. 6) is DENIED, Plaintiff's motion for leave to file an amended complaint (ECF No. 14) is DENIED, and Plaintiff's renewed motion for temporary restraining order (ECF No. 12) is DENIED.

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED.**

SIGNED March 23, 2020.

UNITED STATES DISTRICT JUDGE