IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-10338
_____

DARRYL CARTER,

    Plaintiff - Appellant

v.

DALLAS POLICE DEPARTMENT; A. HUGHS, Officer, In his official capacity; CITY OF DALLAS; CITY OF FORT WORTH; D. AVERY, Officer,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 1, 2020, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

                                          LYLE W. CAYCE
                                          Clerk of the United States Court
                                          of Appeals for the Fifth Circuit

                                          *Charles Whitney* (signature)

                                          By: _____
                                          Charles B. Whitney, Deputy Clerk

**A True Copy**
**Certified order issued Jul 01, 2020**    ENTERED AT THE DIRECTION OF THE COURT

*Lyle W. Cayce* (signature)
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 20-10338   Darryl Carter v. Dallas Police Department, et al
                                USDC No. 3:20-CV-259

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Charles B. Whitney, Deputy Clerk

cc w/encl:
    Mr. Darryl Carter